|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |
| In Re:<br><br>Sheryl Entrup,<br><br>Debtor. |

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-26129 MBK
Adv. No.:
Hearing Date:  3/12/19 @ 10:00 a.m.
Judge:  Michael B. Kaplan

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Sheryl Entrup
Case No.: 18-26129 MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor MidFirst Bank, holder of a mortgage on real property located at 12 Marlborough Avenue, Middlesex, NJ 08846, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Brian W. Hofmeister, Esquire, attorney for Debtor, Sheryl Entrup, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 3) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl Entrup  
    Debtor

Case No. 18-26129-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　Page 1 of 1　　Date Rcvd: Mar 01, 2019  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db　　　　+Sheryl Entrup,　 12 Marlborough Ave,　 Middlesex, NJ 08846-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
　　　　Albert　Russo　　docs@russotrustee.com  
　　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com  
　　　　Brian W. Hofmeister　　on behalf of Debtor Sheryl　Entrup bwh@hofmeisterfirm.com  
　　　　Craig Scott Keiser　　on behalf of Creditor　　AMERIHOME MORTGAGE COMPANY, LLC  
　　　　 craig.keiser@phelanhallinan.com  
　　　　Denise E. Carlon　　on behalf of Creditor　　MidFirst Bank dcarlon@kmllawgroup.com,  
　　　　 bkgroup@kmllawgroup.com  
　　　　Lynn Therese Nolan　　on behalf of Creditor　　MidFirst Bank ecfnotices@grosspolowy.com,  
　　　　 jbommelje@grosspolowy.com  
　　　　Nicholas V. Rogers　　on behalf of Creditor　　AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com  
　　　　Rebecca Ann Solarz　　on behalf of Creditor　　MIDFIRST BANK rsolarz@kmllawgroup.com  
　　　　Sherri Jennifer Smith　　on behalf of Creditor　　AMERIHOME MORTGAGE COMPANY, LLC  
　　　　 nj.bkecf@fedphe.com,　 nj.bkecf@fedphe.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10