UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for Debtor

In Re:

SHERYL ENTRUP

Case No.: 18-26129

Chapter 13

Judge: Michael B. Kaplan

### CERTIFICATION OF SHERYL ENTRUP IN OPPOSITION TO LORD STIRLING SCHOOLS, INC.'S CROSS-MOTION FROM RELIEF FROM THE AUTOMATIC STAY

SHERYL ENTRUP, of full age, does hereby certify that:

1.      I am the Debtor  in the above captioned matter and I make this certification in Opposition to Lord Stirling Schools, Inc.'s Cross-Motion for Relief from the Automatic Stay ("Cross-Motion").

2.      Lord Stirling Schools, Inc. ("LSS") provides absolutely no legal or factual basis for stay relief. LSS's claim (Claim No. 4), in the sum of $4,759.92, is a pre-petition claim that is in dispute.

3.      There is a pending worker's compensation claim being adjudicated in the Worker's Compensation Cort.

4.      The letter by Dr. Jeffrey M. Warshaver, attached as Exhibit "B" to the Certification of David Karner, is <u>not</u> a determination of my workers' compensation claims.

5.      In addition, David Karner admits in his certification that the claim of LSS is in dispute and is pending determination by the Workers' Compensation Court.

6.      Accordingly, it is respectfully requested that the Cross-Motion by LSS should be denied.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


_/s/Sheryl Entrup_____
Sheryl Entrup


Dated: July 18, 2019