| DISTRICT OF NEW JERSEY |
| --- |
| UNITED STATES BANKRUPTCY COURT |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Maria D. Ramos-Persaud Esq. - 028271998
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716)204-1700
E-mail: mramos-persaud@grosspolowy.com
Attorneys for Creditor MidFirst Bank

Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHERYL ENTRUP AKA
SHERYL CHALFANT

Debtor(s).

Case No.: 18-26129-mbk

Hearing Date: November 13, 2019

Judge: Michael B. Kaplan

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: November 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2
Debtor: SHERYL ENTRUP
Case No.: 18-26129-mbk
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of Creditor, MidFirst Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as 12 Marlborough Avenue, Middlesex, NJ 08846.

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:  
Sheryl Entrup  
    Debtor

Case No. 18-26129-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Nov 14, 2019  
    Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.  
db     +Sheryl Entrup,   12 Marlborough Ave,   Middlesex, NJ 08846-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:

    Albert Russo    docs@russotrustee.com  
    Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
    Brian W. Hofmeister   on behalf of Debtor Sheryl Entrup bwh@hofmeisterfirm.com  
    Craig Scott Keiser   on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC craig.keiser@law.njoag.gov  
    Denise E. Carlon   on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Lynn Therese Nolan   on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com, lnolan@grosspolowy.com  
    Maria D. Ramos-Persaud   on behalf of Creditor MidFirst Bank mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com  
    Nicholas V. Rogers   on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com  
    Rebecca Ann Solarz   on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com  
    Sherri Jennifer Smith   on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
    Terrence B. Berger   on behalf of Creditor Lord Stirling Schools, Inc. tbberger@stevensberger.com, G10569@notify.cincompass.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 12