Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−26129−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl Entrup
   aka Sheryl Chalfant
   12 Marlborough Ave
   Middlesex, NJ 08846

Social Security No.:
   xxx−xx−7455

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 12, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26129-MBK
Sheryl Entrup                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Dec 12, 2019
                              Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Sheryl Entrup,    12 Marlborough Ave,    Middlesex, NJ 08846-2020
cr             +AMERIHOME MORTGAGE COMPANY, LLC,    Phelan Hallinan &Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   : Mt. Laurel, NJ 08054-3437
517821680      +AMERIHOME MORTGAGE COMPANY, LLC,    CENLAR FSB,    BK DEPARTMENT, 425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430
517697982      +Amerihome Mortgage,    PO Box 77404,   Ewing, NJ 08628-6404
517828159      +Lord Stirling Schools, Inc.,    PO Box 369,    Basking Ridge, NJ 07920-0369
518026863    ++++MIDFIRST BANK,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,    JERSEY CITY NJ 07311-4026
               (address filed with court: MidFirst Bank,    Gross Polowy, LLC.,    2500 Plaza 5, Suite 2548,
                 Jersey City, NJ 07311)
517914366      +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517914367      +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank, Bankruptcy Department,
                 999 NW Grand Boulevard, #110,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2019 00:56:36     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2019 00:56:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517767060       EDI: IRS.COM Dec 13 2019 05:08:00     Internal Revenue Service,    Attn: Special Procedures,
                 955 South Springfield Ave.,   Bldg. A., 3rd Floor,    Springfield, NJ 07081
517811080      +EDI: AIS.COM Dec 13 2019 05:13:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Lord Stirling Schools, Inc.,    PO Box 369,   Basking Ridge, NJ 07920-0369
517767061*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian W. Hofmeister    on behalf of Debtor Sheryl  Entrup bwh@hofmeisterfirm.com
          Craig Scott Keiser    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC
           craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor   MidFirst Bank ecfnotices@grosspolowy.com,
           lnolan@grosspolowy.com
          Maria D. Ramos-Persaud    on behalf of Creditor   MidFirst Bank mramos-persaud@grosspolowy.com,
           ecfnotices@grosspolowy.com
          Nicholas V. Rogers    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC
           nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com

```
District/off: 0312-3           User: admin              Page 2 of 2                Date Rcvd: Dec 12, 2019
                               Form ID: 148             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Terrence B. Berger    on behalf of Creditor    Lord Stirling Schools, Inc.
           tbberger@stevensberger.com, G10569@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                             TOTAL: 12