**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike; Building 5, Suite 110
Lawrenceville, New Jersey 08648
609-890-1500; (609) 890-6961 - fax
bwh@hofmeisterfirm.com

Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHERYL ENTRUP

Case No.: 18-26129

Hearing Date:

Judge: MBK

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Sheryl Entrup_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26129-MBK
Sheryl Entrup                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Sheryl Entrup,    12 Marlborough Ave,    Middlesex, NJ 08846-2020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian W. Hofmeister    on behalf of Debtor Sheryl   Entrup bwh@hofmeisterfirm.com
              Craig Scott Keiser    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor   MidFirst Bank ecfnotices@grosspolowy.com,
               lnolan@grosspolowy.com
              Maria D. Ramos-Persaud    on behalf of Creditor   MidFirst Bank mramos-persaud@grosspolowy.com,
               ecfnotices@grosspolowy.com
              Nicholas V. Rogers    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              Terrence B. Berger    on behalf of Creditor   Lord Stirling Schools, Inc.
               tbberger@stevensberger.com, G10569@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12